GOAR *v.* STATE OF INDIANA.

[No. 13,605. Filed April 5, 1929.]

*Evans & DeWitt* and *Yergin & Yergin,* for appellant.
*Arthur L. Gilliom,* Attorney-General, and *Edward J. Lennon, Jr.,* Deputy Attorney-General, for the State.

NICHOLS, J.—Prosecution against appellant charging him with violation of the Cold Storage Law under §7648e Burns 1914, being §8238 Burns 1926. Verdict of guilty, with punishment assessed. Judgment accordingly.

The error assigned on appeal is the action of the court in overruling appellant's motion for a new trial.

It does not appear that the instructions were ever in any way made a part of the record. No bill of exceptions containing the evidence was ever filed, so far as appears by appellant's brief. Nothing is presented.

Affirmed.